

**SPIVAK LIPTON LLP**
ATTORNEYS AT LAW

Hope Pordy
hpordy@spivaklipton.com
1700 Broadway
New York, NY 10019
T 212.765.2100
F 212.765.8954
spivaklipton.com

September 28, 2018

**VIA ECF**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Barajas, et. al. v. SNY Lee, Inc. d/b/a SHI, et al.
                Case No.: 1:17-cv-04873 (SJ)(PK)

Dear Judge Kuo,

    I represent the Plaintiffs in the above-referenced action and submit this letter jointly on behalf of all parties. Pursuant to the Court's Order on September 27, 2018, the parties hereby submit a Corrected Settlement Agreement to address the drafting error in Section 7.1 referencing the Southern District of New York rather than the Eastern District of New York, the Court in which this case has proceeded from its inception.

    The parties respectfully request approval of the Settlement Agreement. Thank you.

                                        Respectfully submitted:

                                        /s/

                                        Hope Pordy

Encl: CORRECTED SETTLEMENT AGREEMENT

cc (via ECF): All counsel