SO ORDERED:

*Peggy Kuo*

PEGGY KUO

United States Magistrate Judge

Dated: October 11, 2018
       Brooklyn, New York

Hope Pordy
SPIVAK LIPTON LLP
1700 Broadway
New York, New York 10019
Tel: (212) 765-2100
Fax: (212) 541-5429
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EMILIO BARAJAS, EUGENIO ESPINO BARROS, OSMAR CARDONA, JOSE MARIA GUILLEN and OSCAR MENESES, Individually, and on behalf of Other Similarly Situated Individuals,

    Plaintiffs,

-v-

SNY LEE INC. d/b/a SHI, SHIH YU LEE and SHIH NIEN LEE,
    Defendants.

**STIPULATION OF DISCONTINUING ACTION**

Case No.: 1:17-cv-04873 (SJ)(PK)

IT IS HEREBY STIPULATED AND AGREED by the parties herein that the above-entitled action, together with all cross-claims and counterclaims, be and the same is, hereby discontinued, with prejudice and without costs to any party and this stipulation may be filed with the Clerk of the Court without further notice.

Dated: ~~July~~ October 10, 2018

SPIVAK LIPTON LLP
*Attorneys for Plaintiffs*
1700 Broadway, 21st Floor
New York, NY 10019
Ph: (212) 765-2100
Fax: (212) 765-8954
Email: hpordy@spivaklipton.com

By: _____
    Hope Pordy

Law Office of Z. Tan PLLC
Eric Li, Esq.
110 E. 59th Street, Suite 3200
New York, New York 10022
Tel No.: 212-593-6188
Fax No.: 718-679-9122
Email: eric.li@ncny-law.com

By: _____
    Eric Li

SL-246494.1

- 1 -

Rodney R. Austin PLLC
6143 186th Street
Fresh Meadows, NY 11365
Tel No.: 718-475-2119
Fax No.: 877-586-7490
Email: rodney@raustinlaw.com

By: _____
     Rodney R. Austin